UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SEBE WOODY,   CIVIL NO. 05-1055 (JMR/JSM)

    Plaintiff,

v.   <u>ORDER</u>

BUREAU OF PRISONS, et al.,

    Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 19, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1.    Defendants' Motion to Dismiss [Docket No. 25] is **GRANTED**.

    2.    Plaintiff's Complaint [Docket No. 1] is **DISMISSED** with Prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: <u>July 28, 2008</u>

                                        <u>s/James M. Rosenbaum</u>
                                        JAMES M. ROSENBAUM
                                        United States District Court Judge